# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CORDERO KADEEM RAGLAND, by and through his mother and conservator, PAMELA MITCHELL, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 2:22-cv-2862-SHL-atc |
| SHELBY COUNTY, TENNESSEE, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

For administrative purposes, the Court extends the term of service of the jurors who served in this matter, including alternate jurors, until October 21, 2025.

**IT IS SO ORDERED**, this 22nd day of October, 2024.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE